AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID 11831938

**RECEIVED**
By USMS District of Columbia District Court at 4:58 pm, Jul 09, 2025

United States of America
v.
JAMERA WOOD,
also known as "Twin,"

Defendant

)
)
)
)
)

Case: 1:25-cr-00193
Assigned To: Judge Nichols, Carl J.
Assign Date: 7/9/2025
Description: INDICTMENT (B)

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)    JAMERA WOOD also known as "Twin,"

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §841(a)(1),(b)(1)(C)                Distributing PCP

21 U.S.C. § 841(a)(1), (b)(1)(C)              Distributing Cocaine Base

21 U.S.C. § 841(a)(1), (b)(1)(B)(iv)          Distributing 100 Grams or more of PCP

Date: 07/09/2025

*Issuing officer's signature*

City and state:    WASHINGTON, D.C.

G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on (date) 7/9/25, and the person was arrested on (date) 7/10/25
at (city and state) Washington, DC.

Date: 7/10/25

*Arresting officer's signature*

SCOTT BROWN    TFO/FBI
*Printed name and title*